# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LATERESA L. SMITH                                                                                           PLAINTIFF

v.                                                         NO. 4:13CV00332 JLH

ARKANSAS PAROLE BOARD, et al.                                                                DEFENDANT

## ORDER

Without objection, plaintiff's motion for a continuance is GRANTED. Document #23. The scheduling order presently in place is hereby set aside, and this case is removed from the trial docket for the week of June 15, 2015. A new scheduling order will be entered separately.

IT IS SO ORDERED this 26th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE