IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LATERESA L. SMITH                                                                                           PLAINTIFF

v.                                          No. 4:13CV00332 JLH

ARKANSAS PAROLE BOARD;
JOHN FELTS, in his individual and official capacity
as Chairman of the Arkansas Parole Board; and
JAMES M. WALLACE, III,
RICHARD MAYS, JR., JOSEPH PEACOCK,
RICHARD BROWN, JR.,
ABRAHAM CARPENTER, JR., and
DAWNE BENAFIELD VANDIVER, in their
official capacities as Commissioners of the
Arkansas Parole Board                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Lateresa L. Smith. The complaint of Lateresa L. Smith is dismissed with prejudice.

IT IS SO ORDERED this 17th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE